AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Thinh Cao

APPEARANCE

CASE NUMBER: 05-134-4 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Thinh Cao

I certify that I am admitted to practice in this court.

12/15/05
*Date*

[signature]
*Signature*

Andrew Berg — 4754
*Print Name* — *Bar Number*

128 Dorrance, Suite 400
*Address*

Providence — RI — 02903
*City* — *State* — *Zip Code*

401-274-0113 — 274-0175
*Phone Number* — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.