UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R 05-134-04 T

THINH CAO

MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS

Now comes the Defendant, Thinh Cao, by and through his attorney, and requests an enlargement of the time to file pretrial motions, which currently are due on January 19, 2006.

In support of this Motion, undersigned counsel avers that an investigation of this matter is currently in progress, and must be completed before a determination can be made of whether pretrial motions are necessary.

Therefore, defendant respectfully requests this Court grant a twenty day extension of the time to file pretrial motions.

Respectfully submitted,

THINH CAO
By his attorney

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax

**CERTIFICATION**

I hereby certify that on the 17th day of January 2006, a true copy of the above Motion was mailed, postage prepaid, to Assistant U.S. Attorney James Leavey, Office of the United States Attorney, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903