UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. C.R 05-134-04 T

THINH CAO

WITHDRAWAL OF APPEARANCE

Undersigned counsel hereby withdraws his appearance on behalf of Thinh Cao in the above-entitled case. In support of this withdrawal, undersigned counsel avers that attorney John F. Cicilline contemporaneously is entering his appearance on behalf of Cao.

Respectfully submitted,

ANDREW BERG Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax