✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

THINH CAO

**APPEARANCE**

Case Number: 05-134 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THINH CAO

I certify that I am admitted to practice in this court.

2/8/2006
Date

Signature

JOHN F. CICILLINE
Print Name

# 0433
Bar Number

381 Atwells Avenue
Address

Providence
City

RI
State

02909
Zip Code

(401) 273-5600
Phone Number

(401) 454-5600
Fax Number