UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS CR No. 05-134 T

THINH CAO

**MOTION FOR PRODUCTION**

Now comes the defendant, Thinh Cao, in the above-entitled cause, pursuant to Federal Rules of Criminal Procedure Section 16(1) (E), and moves for the production of any expert testimony which the government proposes to employ at trial and the basis for such opinion.

Respectfully submitted
Thinh Cao,
By his attorney,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02907
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 9th day of February, 2006..

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS** **CR No. 05-134-T**

**THINH CAO**

**MEMORANDUM IN SUPPORT OF MOTION FOR PRODUCTION**

Rule 16(a)(1)(E) directs the government to furnish the defendant with a written summary of testimony that the government intends to use under Rules 702, 703 and 705 of the Federal Rules of Evidence. See United States v. Duvall, 272 F.3d 825 (7th Cir. 2001); United States v. Jackson, 51 F.3d 646 (7th Cir. 1995). The summary shall disclose the witnesses' opinion, it's' basis and the witnesses' qualifications. See United States v. Fontaine, 575 .2d 970 (1st Cir. 1978); United States v. Gladney, 563 F.2d 491 (1st Cir. 1977); United States v. Principe, 499 F. 2d 1135 (1st Cir. 1974). The proper impeachment of expert testimony requires advance preparation and the opportunity to present expert evidence in contradiction. Daubert v. Merrill Dow, 509 US 579, (1993); United States v. Rettenberger, 344 F.3d 702 (7th Cir. 2003.).

Respectfully submitted,
Thinh Cao,
By his attorney,

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02907
Office (401) 273-5600
Fax (401) 454-5600
Cicilline387@Aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 9th day of February, 2006..