**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No. 05-134 T**

**THINH CAO**

**RULE 12 MOTION**

Now comes the defendant in the above-entitled cause pursuant to Rule 12(d)(2) of the Rules of Criminal Procedure, and moves for a designation of the evidence, which the government intends to use in its case in chief.

Respectfully submitted
Thinh Cao
By his attorney,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 9th day of February, 2006..

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No. 05-134 T**

**THINH CAO**

**DEFENDANT'S RULE 12(d)(2) MEMORANDUM**

Under Rule 12(d)(2) of the Rules of Criminal Procedure the defendant is authorized to obtain a designation from the government of the evidence it intends to use in its case in chief. The rules' directive is intended to eliminate any prospect that the defendant will be left in the dark about the evidence that the government will use in its prosecution. United States v. De La Cruz - Paulino, 61 F.3d 986 (1st Cir. 1995) [citing United States v. Kelley, 120 F.R. D. 103 (E.D. Wis 1988)]. The rule, moreover, is not satisfied by discovery or even by an "open file" discovery process. De La Cruz - Paulino, supra; United States v. Brock, 863 F. Supp. 851 (E.D. Wis 1994).

The rule is a matter of procedure, rather than a rule designed to ensure fairness at trial. As such, it provides a mechanism for insuring that a defendant knows of the government's intention to use evidence to which the defendant may want to object so that the defendant may avoid the necessity of moving to suppress evidence which the government does not intend to use. Fed. R. Crim. P. 12 Advisory Committee note; see also Charles A. Wright, Federal Practice and Procedure: Criminal sec 197, at 735 (2d ed. 1982); United States v. De La Cruz - Paulino, supra.

Respectfully submitted
Thinh Cao
By his attorney,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 9th day of February, 2006..