Date: 7-25-05
Time: 941
Location: NAIL TECH

Report # 05-1710-OF

# West Warwick Police
# Witness Statement

I, THOM THI TONG voluntarily, without threats or promises make the following statement.

Q: What is your address

A: [redacted]

Q: What is your date of birth

A: [redacted]

Q: What is your social security number

A: [redacted]

Q: What is your telephone

A: [redacted]

On 7-25-05 at 850 pm I was working at NAIL TECH AT 289 COWESETT AVE I went outside the store with TOMMY NGUYEN and he started talking to 3 ASIAN MALES near the handicapped sign outside the store. I saw the bigger male hit TOMMY several times until TOMMY was on the ground a second male also hit tommy. A third male was standing off to the side and had a black handgun stuck in his waist band. This male had a blue shirt

[signature] 46
Officer

[signature]
Signature

# West Warwick Police
## Witness Statement Continuation

Report # 05-1710-OF

and Khaki Shorts on. Yvonne then pulled up in her car and tried help Tommy. Tommy got up and ran toward the Subway and two of the males ran after him. The male with the gun remained behind and eventually ran and got the car, a silver one, and drove to the other two males, picked them up, and they left.

I can identify these subjects again if I see them.

This statement was written by Ptlm. Mark Bennett at the request of Thom Thi Tong

Officer

Signature