IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| QUOC NGUYEN | ) | |
| THINH CAO | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT THINH CAO'S MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and objects to defendant Thinh Cao's Motion to Dismiss Indictment for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

# CERTIFICATION OF SERVICE

I hereby certify that on this 3RD day of March, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Objection to Defendant Thinh Cao's Motion to Dismiss Indictment, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

Karen E. Magt[illegible]

FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| QUOC NGUYEN | ) | |
| THINH CAO | ) | |

**MEMORANDUM IN SUPPORT OF**
**GOVERNMENT'S OBJECTION TO**
**DEFENDANT THINH CAO'S MOTION TO DISMISS INDICTMENT**

The indictment in the instant case charges Defendant Thinh Cao with conspiracy and the substantive offense of collection of an extension of credit by extortionate means, both in violation of 18 U.S.C. § 894. Defendant Cao has moved to dismiss both counts alleging that the indictment does not charge crimes cognizable at law. The essence of his argument is that the indictment should have tracked the language of 18 U.S.C. § 892(b) which he refers to as <u>elements</u> of the offense of § 894. The fallacy in his argument is that the factors set forth in § 892(b) are not even elements of § 892, let alone § 894, but rather an alternative method of proving a prima facie case in a loansharking indictment.

The First Circuit on a number of occasions has noted the Congressional recognition that direct evidence of the understanding of the parties concerning the consequences of delayed or non-payment to a loanshark may be difficult to obtain.

Congress enumerated four factors which, if all present, would constitute prima facie evidence that a loan was extortionate. United States v. Perrotta, 289 F.3d 155, 159 (1st Cir. 2002); United States v. Zannino, 895 F.2d 1, 11 (1st Cir. 1990).

The instant case is not even one involving traditional loansharking. The extension of credit in this case involves gambling debts by a bookmaker and the understanding of the parties that non-payment could result in the use of violence to the debtor. The very section itself, i.e. 892(b), states that the subsection is "non-exclusive and in no way limits the effect or applicability of subsection (a)." Thus, the section cannot contain elements of the offense.

Based on the above, the government respectfully submits that defendant Cao's Motion to Dismiss the indictment because elements of § 892(b) were not alleged, should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

## CERTIFICATION OF SERVICE

I hereby certify that on this 3RD day of March, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Objection to Defendant Thinh Cao's Motion to Dismiss Indictment, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

[signature]