UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS CR No. 05-134 T

THINH CAO

## MOTION TO DISMISS

Now comes the defendant, Thinh Cao, in the above-entitled cause, pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure and moves to dismiss counts 1 and 2 and for reason says that the indictment does not charge crimes cognizable at law.

Respectfully submitted
Thinh Cao,
By his attorney,

DENIED FOR REASONS STATED IN THE GOVERNMENT'S MEMORANDUM.
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/10/2006

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02907
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 24th day of February, 2006..

Raquel [illegible]