AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America V. Thin Cao

CASE NUMBER: CR05-134-04T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | James H. Leavey, Richard Rose | John F. Cicilline |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| March 13, 2006 | Shaunna O'Connell | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/13/06 | | FULL | West Warwick P.D. Rights Statement without Defendant's Signature |
| 2 | | 3/13/06 | | FULL | Advice of Rights Form |
| 3 | | 3/13/06 | | FULL | FBI FD-302 Form - Statement of Defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.