**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. C.R. No. 05-134-04T

THIN CAO

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

For reasons stated in open court on March 13, 2006, Defendant's Motion to Suppress Statements is hereby denied. Defendant withdraws his Motion for Production of any/all Expert Testimony, Motion to Produce Exculpatory Evidence, Rule 12 Motion and Motion for 404B Disclosure as they have been satisfied.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 3/20/06