JOHN F. CICILLINE
Attorney at Law

Dante State Bank Building • 381 Atwells Avenue • Providence, RI 02909
Telephone 401-273-5600 • Fax 401-454-5600

February 16, 2006

David A DiMarzio, Clerk of Court
United States District Court
For the District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Dear Mr. DiMarzio,

I have received the appended order from a Judge of the Court of Common Pleas in Pennsylvania which orders me to be present for trial on April 17, 2006.

I have no conflicts to date and trust that this order will be circulated so that none are created.

I thank you for your cooperation.

Sincerely,

John F. Cicilline, Esquire

JFC/rg