COMMONWEALTH OF PENNSYLVANIA

vs.

JEFFREY CEPEDA

**In the Court of Common Pleas of Berks County, Pennsylvania Criminal Division**

**DOCKET NO:**
CP-06-CR-1759-2005
ATTY. CICILINE

**Judge: James M. Bucci**

# ORDER

**AND NOW,** this day 7 of November, 2005, it is hereby **ORDERED** and **DECREED**, on request of the Defendant that the above Defendant and Counsel shall appear in Courtroom 4D, Berks County Service Center on April 17, 2006 at 9:00 am for:

- ☐ Arraignment
- ☐ Omnibus Pretrial Motion Hearing
- ☐ Case Status
- ☐ Non-Jury Trial
- ☐ Counsel Status
- ☒ Jury Selection and Trial
- ☐ Disposition
- ☐ Sentencing
- ☐ Guilty Plea
- ☐ **A.R.D.** (Accelerated Rehabilitative Disposition) Hearing
- ☐ **S.T.O.P.** (Second Time Offender Program)
- ☐ **P.S.I.**

**YOU** ARE HEREBY DIRECTED TO REPORT TO THE **ADULT PROBATION OFFICE** LOCATED ON THE **7TH FLOOR** OF THE **SERVICES CENTER** IMMEDIATELY!

☐ B.A.C. if applicable ________

☒ Other: DATE CERTAIN; COUNSEL IS ATTACHED FOR TRIAL.
DEFENDANT WAIVES RULE 600.
CASE CONTINUED FROM 1/23/06.

BY THE COURT

/S/ James M. Bucci

J.

COPIES: Computer (1) Clerk of Courts(1) Adult Probation(1) Judge(1) District Attorney(1) Defense Counsel(1) Defendant(1)