**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS** **CR No. 05-134 T**

**THINH CAO**

**INFORMATIONAL MOTION**

Now comes John F. Cicilline, Esquire in the above-entitled cause, and notifies the Court that he has these scheduling commitments:

State v. Albert DeRobbio
Superior Court Trial (ADW)
April 03, 2006

Commonwealth v. Jeffrey Cepeda
Pennsylvania Court Commonwealth Pleas (Murder)
April 17, 2006

Commonwealth v. Fellela
Jury Session Wrentham
May 18, 2006

United States v. George Wilson
Sentencing New Haven
May 25, 2006

Respectfully submitted,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02907
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 28 day of March, 2006..

Raquel Gil