AO 89 (Rev. 5/85) Subpoena

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

VAN ANH, KHONG NGUYEN,
QUOC NGUYEN, THINH CAO

## SUBPOENA

CASE NUMBER: CR05-134T

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL ☒ CRIMINAL | ☒ PERSON ☒ DOCUMENT(S) or OBJECT(S) |

TO:

Custodian of Records
Wachovia Bank
401 Market Street, 11th FL
Philadelphia, PA 19106

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>Federal Building - United States Courthouse<br>One Exchange Terrace<br>Providence, Rhode Island | #3 - Chief Judge Torres |
| | DATE AND TIME<br>April 18, 2006<br>9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENTS.

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| Paulette J Duke | March 30, 2006 |
| (BY) DEPUTY CLERK<br>Chief Deputy Clerk | |

| This subpoena is issued upon application of the: | QUESTIONS MAY BE ADDRESSED TO: |
|---|---|
| ☐ Plaintiff ☐ Defendant ☒ U.S. Attorney<br>ROBERT CLARK CORRENTE | JAMES H. LEAVEY, AUSA<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Fl. Fleet Center<br>Providence, RI 02903 (401) 709-5000<br>ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |

*If not applicable, enter "none".

#4

ATTACHMENT TO SUBPOENA ISSUED TO:

Custodian of Records
Wachovia Bank
401 Market Street, 11th FL
Philadelphia, PA 19106

ALL OPEN AND CLOSED ACCOUNTS.

For the time period 03/01/2005 to 07/31/2005 relating to the attached deposit check and wire transfer request.

Please return the requested records to:

The Clerk's Office
United States District Court
One Exchange Terrace
Providence, RI 02903

ATTN: Chief Judge Ernest C. Torres

# E TRANSFER REQUEST

CITIZENS BANK

## Customer Information

Name: THYTRANG NGUYEN Phone Number: (678)438-2245

Address: 18 PEPIN ST UNIT A1 WEST WARWICK RI 02893
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is unacceptable )

Debit from Account # 15596753

I have verified Available Funds in the account listed above [initials] (Banker must initial)

Identification Type: US State Drivers License w/ Photo Number: 2520269

Expiration Date: 08/21/2006 Issued By: RI

I have verified that this individual is an authorized account signer [initials] (Banker must initial)

## Transaction Information

### Domestic Wire Transfer

U.S. Dollar Amount: $10,000.00 Fee: $18.00

### International Wire Transfer

(Call Foreign Exchange Dept at 1-800-733-4360, Option 1 for Currency Rates)

Foreign Amount: Rate: Type of Currency:

U.S. Dollar Amount: Fee:

## Beneficiary Information

Beneficiary Name: HOP CAO Account Number: 1010013919180

Address: 2745 WOODBINE HILL WAY NORCROSS GA 30071
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is unacceptable )

Special Instructions:

### Beneficiary's Bank - Final

Bank Name: WACHOVIA BANK Address: 3400 ~~SATLLIET BLVD~~ Satellite Blvd.

City, State, ZIP and Country: DULUTH, GA, 30096 Routing Number/Swift Code: ~~540505256~~ 061000227

### Beneficiary's Bank - Intermediate

Bank Name: Address:

City, State, ZIP and Country: Routing Number/Swift Code:

This order will be accepted by the Bank on behalf of the Originator only upon the consent of the Originator to be bound by the terms and conditions contained on the reverse side of this form. The Originator represents to the Bank that Originator has read and understands all or the aforementioned terms and conditions and confirms Originator's acceptance of the same by placing Originator's or Originator's Authorized Representative's signature below. See Terms and Conditions on Reverse

Customer Signature: [signature] Branch Representative Signature: [signature]

Additional Approval: Branch # 107 Branch Phone # 401 828 8612 Date: 3/29/05

(REQUIRED - If Wire Amount Exceeds Authority Limit)

Wire Ref. # 5810 Time: 3:10pm Wire Transfer Operator: ~~Ethan~~ Deanna

**ALL CUSTOMER AND WIRE TRANSFER INFORMATION MUST BE VERIFIED, INCLUDING THE CUSTOMER'S SIGNATURE, BEFORE ACCEPTING THE WIRE TRANSFER REQUEST.**

**Call the Wire Department at 1-877-471-1961 to process the Wire.**

F-278 (Rev. 8/04 by PB)



NAIL TECH 09-03
401-826-4644
289 COWESETT AVE.
WEST WARWICK, RI 02893

1388

Date 6/20/05. 57-12/115 103

06/29/05 E1303 T1329 P13 0415425228

Pay to the order of HOPCAO $ 800.00

Eight hundred Dollars

CITIZENS BANK
Rhode Island

Citizens Circle Account

For

⑆0115001201⑆1448 929 5⑈ 1388 ⑈0000080000⑈



| | |
|---|---|
| Posting Date | 2005 Jun 29 |
| Posting Seq No | 14135475 |
| Account Number | 14489295 |
| Check Number | 1388 |
| Amount | $800.00 |

# CERTIFICATION OF BUSINESS RECORDS

1. I, ________________________________, the undersigned, declare that I am employed by/associated with Wachovia Bank, in the position of __________________________ and Custodian of Records, and by reason of my position am authorized and qualified to make this declaration.

2. I further declare that the documents attached hereto are original records or true copies of records that were:

a. made at or near the time of the occurrence of the matters described in the documents by (or from information transmitted by) a person with knowledge of those matters;

b. kept in the course of regularly conducted business activity; and

c. made by the said business activity as a regular practice.

3. I further declare that the documents attached hereto constitute all documents responsive to the trial subpoena issued on ____________________ to ___________________________, which are in the actual or constructive possession, custody or control of _________________________________.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Date of execution: ________________________

Place of execution: ________________________

Signature: ________________________

Print Name: ________________________

Subscribed and sworn to me on the _____ day of _______________, 2006.

________________________________

Notary Public
My Commission Expires:_____________