UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-134-04-T

THINH CAO

**REIMBURSEMENT ORDER**

The defendant previously was represented by CJA counsel based upon his affidavit of indigence and representation that he had no funds available with which to retain counsel. It now appears that such funds have become available to the defendant. Therefore, it is hereby ORDERED that the defendant and his retained counsel reimburse the United States for the CJA payments made to Court-appointed counsel in the amount of $916.78.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 4/4/06 , 2006