UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 05-134-04 T |
| | ) | |
| VS. | ) | APRIL 7, 2006 |
| | ) | |
| THINH CAO | ) | |

**OBJECTION**

Now comes John F. Cicilline in the above-entitled cause and objects to the Courts Order that he is responsible for the repayment of the $916.78 expended to pay CJA counsel.

Overruled

Ernest C. Torres
4/18/06

Respectfully submitted,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02907
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 7th day of April, 2006..