**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No. 05-134 T**

**THINH CAO**

## MOTION

Now comes the defendant in the above-entitled cause and moves for the disclosure of the jury questionnaire of those individuals who were summonsed but who did not appear.

Respectfully submitted,
Thinh Cao,
By his attorney,

John F. Cicilline, Esquire #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
Cicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to HAND deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 2 day of May, 2006..