During Course of the governments presentation you heard a witness testify That one of the defendants was previously convicted of a felony. I struck that Testimony, and asked you to put it out of your mind.

That evidence was improper and should not have been given. I again instruct you That it should not be discussed by the jury and should not have any bearing on your decision you individually make in This Case.