IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| THINH CAO | ) | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves for an extension of time until November 7, 2006 within which to file an objection to Thinh Cao's Presentence Report for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

CERTIFICATION OF SERVICE

On this 16th day of October 2006, I caused the Motion for Extension of Time Within Which to File Objections to Presentence Report, along with its accompanying Memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Notification by first class mail, postage prepaid:

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| THINH CAO | ) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXTENSION OF TIME WITHIN**
**WHICH TO FILE OBJECTIONS TO PRESENTENCE REPORT**

Defendant was convicted on charges of Use of Extortion to Collect an Extension of Credit and Conspiracy to Commit the same on May 5, 2006. Sentencing is scheduled for November 17, 2006. Paragraph 21 of the Presentence Report lists a conviction for Possession of Heroin with Intent to Distribute with a sentence of three to five years. The Massachusetts Department of Corrections has been unable to locate any record of defendant's incarceration as a result of this conviction. The government is requesting an extension of time until November 7, 2006 to investigate and hopefully determine whether defendant was incarcerated for that offense and what his release date was. If defendant was released within fifteen years of his commission of the instant offenses, then his guideline range would probably be 210 to 262 months instead of the 37 to 46 months calculated by Probation.

Wherefore, the government requests an extension of time until November 7, 2006 to file any objections relating to defendant's Criminal History.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

CERTIFICATION OF SERVICE

On this 16th day of October 2006, I caused the Motion for Extension of Time Within Which to File Objections to Presentence Report, along with its accompanying Memorandum, to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov