**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS** | **:** | **CR No. 05-134 T** |
| | **:** | |
| **THINH CAO** | **:** | **January 4, 2007** |

## MOTION

Now comes Counsel John F. Cicilline in the above-entitled cause and avers as follows:

1. The defendant – Appellant is indigent as verified by the accompanying application to proceed without the payment of fees.

2. Counsel has agreed to perfect the appeal and do the appellate brief and argument.

3. The defendant – Appellant requires a copy of the trial and sentencing transcripts.

Wherefore, he moves that this Court enter an order directing that counsel be furnished with copies of the trial and sentencing transcripts without cost.

Respectfully submitted,
Thinh Cao,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on January 04, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*