**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR. No. 05-134-04 T** |
| | : | |
| **THINH CAO** | : | **January 31, 2007** |

**MOTION TO WITHDRAW**

Now comes John F. Cicilline in the above entitled cause and moves to withdraw as counsel for the defendant Thinh Cao.

Respectfully submitted,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I, hereby certify that on January 31, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*