**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR. No. 05-134-04 T** |
| | : | |
| **THINH CAO** | : | **February 26, 2007** |

## STATEMENT OF FACTS

I, John F. Cicilline, hereby notify the Court of this statement of facts:

1. I discussed the prospect of an appeal with Thinh Cao and he indicated that the he wished to do so.

2. I advised him that, in my opinion, it would he in his best interest to secure other counsel on appeal because of an event that occurred during the trial.

3. Ms. Cao advised me that he was indigent but preferred that I remain his counsel.

4. For that reason I filed the notice of appeal and subsequently filed a motion which would have permitted Mr. Cao to obtain a transcript without cost.

5. On January 29, 2006, I received a letter from Mr. Cao indicating that he wanted me to withdraw and that he would apply for the appointment of counsel.

6. Mr. Cao has made that application and I am asking the court to grant my Motion to Withdraw.

Respectfully submitted,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I, hereby certify that on February 26, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*