05-00134
08DCRI
Judge Torres

# United States Court of Appeals
## For the First Circuit

No. 07-1012

UNITED STATES OF AMERICA,

Appellee,

v.

THINH CAO,

Defendant, Appellant.

**JUDGMENT**

Entered: April 11, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Thinh Cao are affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Quezada

Deputy Clerk

Date: 5/5/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Ouderkirk, Mr. Lockhart, Mr. Black, Ms. Charles, Mr. Madden, Ms. Bernstein, & Mr. Leavey.